UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| MARLON A. MANSON, | ) |
| Plaintiff, | ) |
| vs. | ) Civil Action No: CV 12-S-360-W |
| STEVEN W. MONEY, *et al.*, | ) |
| Defendants. | ) |

## ORDER

On October 5, 2012, the magistrate judge filed his report and recommendation, recommending that this case be dismissed. No objections have been filed.

Upon review of the record in this case, including the magistrate judge's report and recommendation, the court hereby ADOPTS the report and ACCEPTS the recommendation of the magistrate judge. Accordingly, it is ORDERED that this action is DISMISSED for failing to state a claim upon which relief can be granted and/or seeking monetary relief from defendants who are immune from such relief, pursuant to 28 U.S.C. § 1915A(b)(1) and (2).

DONE and ORDERED this 31st day of October, 2012.

_____
United States District Judge